Hair, Judge.
 

 The act of
 
 1797,
 
 ch. 2, sec. 3, declares “that no person shall be arrested, or charged before any Court, on a presentment made by a Grand Jury, before the attorney acting for tiie State shall prepare a bill, and the bill be found by the Grand Jury to be a true bill.” It is the province of the Grand Jury to make presentments from the knowledge of any one of their own body, or from the testimony of any witness who may give evidence before them, having been sworn in Court, and sent to them by the Court, if they think fit no to do : and I think the proper construction of the act is, that on every presentment that is made, a bill of indictment shall be framed, and the witnesses in support of the bill shall be
 
 sworn in Court,
 
 and
 
 sent
 
 to the Grand Jury — that they shall be examined
 
 de
 
 novo, and the Grand Jury shall find the bill a true bill or not, as they shall judge right from that examination, without regard to any information they might have been possessed of, when they made the presentment. I think this is the true construction of the act. If so, the bill in question, it is admitted by the attorney for the State, was not so found, and for that reason ought to be set aside as a nullity, and judgment entered for the Defendants.
 

 Tayuor, Chief-Justice, and Henderso.y. Judge, concurred.